# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **JOE M. JACKSON, JR.,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **DERRICK M. TAYLOR, ET AL.** | CONSOLIDATED CASE: |
| | LEAD CASE: 16-2375-STA-egb |
| | MEMBER CASE: 16-2376-STA-egb |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Consolidating Cases, Modifying the Docket, Dismissing Federal Claims with Prejudice, Dismissing State Law Claims without Prejudice, Certifying Appeal Would Not Be Taken In Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on February 7, 2018, the Court DISMISSES Jackson's Complaint for failure to state a claim on which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 2/8/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk